IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINA JOHNSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.  3:13-CV-879-M-BH |
| | ) | |
| CAPITAL ONE, N.A., | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court; provided, however, that the date the Plaintiff received the Notice of Dismissal and Right to Sue from the EEOC, which is dated November 13, 2012, was either November 13 or 14, 2012, not November 12, as the Findings, Conclusions, and Recommendation states at Paragraph 1.  *See 1st Magistrate Judge Questionnaire Answer 2: doc 9-1 at pages 2, 3, 4, and 14.* This connection does not impact the disposition of this case.

**SO ORDERED this 4th day of March, 2014.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS